**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 25-1749**

―――――――――

ALBERT GLASS,

        Plaintiff - Appellant,

    v.

OFFICE OF CHIEF MEDICAL EXAMINER,

        Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the District of Maryland, at Baltimore. Adam B. Abelson, District Judge.  (1:24-cv-02193-ABA)

―――――――――

Submitted:  October 16, 2005                    Decided:  October 20, 2025

―――――――――

Before KING, AGEE, and RICHARDSON, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Albert Glass, Appellant Pro Se.  Dalia Weintraub, Assistant Attorney General, Mary Elizabeth Bearden, OFFICE OF THE ATTORNEY GENERAL, Baltimore, Maryland, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Glass appeals the district court's order granting Defendant's motion to dismiss his 42 U.S.C. § 1983 complaint.  The district court determined that Glass failed to allege facts sufficient to state a claim under either the First or Fourteenth Amendment.  We have reviewed the record and find no reversible error in this determination.  Accordingly, we affirm the district court's order.  *Glass v. Off. of Chief Med. Exam'r*, No. 1:24-cv-02193-ABA (D. Md. June 6, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*